# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | | |
|---|---|---|
| ANDREW COX, | : | CIVIL ACTION NO. |
| BOP Reg # 89487-020, | : | 2:12-CV-242-WCO-JCF |
|     Movant, | : | |
| | : | CRIMINAL ACTION NO. |
| v. | : | 2:05-CR-2-WCO-JCF-1 |
| | : | |
| UNITED STATES OF AMERICA, | : | MOTION TO VACATE |
|     Respondent. | : | 28 U.S.C. § 2255 |

## ORDER

For good cause shown, Movant's Second Motion for Extension of Time to Comply with Document Production Order (Doc. 197) and Motion to Continue Habeas Hearing (Doc. 198) are **GRANTED**. An ex parte hearing on Movant's Motion for Funds for Psychological Expert (Doc. 199) is scheduled for Monday, October 27, 2014 at 10:00 AM in Gainesville Courtroom 103 before the undersigned, instead of the § 2255 merits hearing originally scheduled for that time and place. The schedule for document production and for the § 2255 merits hearing will be reset by separate Order, as appropriate, pending the outcome of the ex parte hearing.

**SO ORDERED** this 8th day of October, 2014.

                                                  /s/ *J. CLAY FULLER*
                                                J. CLAY FULLER
                                                United States Magistrate Judge