FILED IN CLERK'S OFFICE
U.S.D.C. -Gainesville

OCT 16 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

United States District Court
In The Northern District of Georgia "Gainesville"

| | |
|---|---|
| Andrew N. Cox | Title 28 U.S.C. 2255 |
| Petitioner/movant | Criminal case # 2:05cr-002-WCO |
| vs. | Civil # unknown |
| United States of America | |
| Respondent | |

## Motion to Dismiss CJA Counsel and Proceed Pro-Se

Comes now Andrew N. Cox moves this Honorable court to Dismiss CJA Lawyer Mr Arturo Corso from representing Petitioner in the above named case. Petitioner has lost all Trust and confidence in His representation. I Do Not want another CJA counsel I wish to proceed Pro-Se.

Thank You

Sincerely

Andrew N. Cox

October 13, 2014

Andrew Cox 138507
Hall Co. Jail
P.O. Box 909030
Gainesville, GA. 30501

Legal Mail

NORTH METRO GA 300
15 OCT 2014 PM 14 L

Hall County Jail

c/o
CLEARED
OCT 16 2014
U.S. Marshals Service
Gainesville, GA

U.S. District Court
Northern District of Georgia "Gainesville Div."
121 Spring Street S.E.
Gainesville, GA. 30501-3789