FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

OCT 16 2014

JAMES N. HATTEN, Clerk
By: Susan
Deputy Clerk

United States District Court
In The Northern District of Georgia "Gainesville"

Andrew N. Cox             October 13, 2014
Petitioner                Criminal case # 2:05-CR-002-WCO
vs.                       Civil case # unknown
United States of America  Title 28 USC 2255

Motion For Records/Discovery

Comes now Andrew N. Cox Pro-Se "know as Petitioner" moves this Honorable Court to direct the Assistant United States Attorney David M. Chaiken under rules of Court "Brady-Jenks" Rule 16 to turn over all emails inner office and to Attorney Barry Lombardo and Arturo Corse relating to Plea Deals and the Marijuana Conspiracy in the Northern District of Florida Gainesville FL.

Also a complete Discovery in electronic Format or paper. All inner office emails between Susan Coppage and other U.S.A. Attorneys involved in criminal case 2:05-CR-002-WCO. All emails between AUSA Chaiken and AUSA Williams of the Gainesville Florida Office. This Motion also includes any and all Facsimiles pertaining to the above named cases.

I File this Motion Pro-Se and in the name of Justice to prevent and Further miscarriages of Justice on this Day of October 13 2014

Andrew N. Cox
*Andrew Cox*

Andrew Cox 138507
Hall Co. Jail
P.O. Box 902030
Gainesville, GA. 30501

Legal Mail

c/o U.S. District Court
Northern District of Georgia "Gainesville Div."
121 Spring Street S.E.
Gainesville, GA. 30501-3789

CLEARED
OCT 16 2014
U.S. Marshals Service
Gainesville, GA

NORTH METRO GA 300
15 OCT 2014 PM 14 L

Hall County Jail