1/3
FILED IN CLERK'S OFFICE
U.S.D.C -Gainesville
OCT 16 2014
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

United States District Court
In The Northern District of Georgia
"Gainesville"

October 13 2014

Andrew N. Cox      Criminal case # 2:05-CR-002-WCO
Petitioner         civil case # Unknown
vs.                Title 28 USC 2255
United States of America

Motion For Records / Discovery

Comes now Andrew N. Cox Pro-se "known as Petitioner" moves this Honorable Court to Direct Barry V. Lombardo Esq. under rules of the court to provide to petitioner Its complete case file of criminal case 2:05-CR-002-WCO and also including all emails, Facsimles and letters between Mr Lombardo and Angents Lynch or any unknown to petitioner that Mr Lombardo was in discussion including AUSA Williams, Gainesville Florida and AUSA Citaiken with Plea deals per both cases of Marijuana Conspiriacy. Also to include all of Mr Lombardo's work product.

I File this motion Pro se and in the Name of Justice to

Prevent any Further Miscarriages of Justices on this Day October 13 2014.

Andrew N. Cox
*Andrew Cox*

Andrew Cox 138507
Hall Co. Jail
P.O. Box 909030
Gainesville, GA. 30501

Legal Mail

NORTH METRO GA 300
15 OCT 2014 PM 14 L

Hall County Jail

c/o CLEARED SECURITY
OCT 16 2014
U.S. Marshals Service
Gainesville, GA

U.S. District Court
Northern District of Georgia "Gainesville Div."
121 Spring Street S.E.
Gainesville, GA. 30501-3789