① United States District Court
In The Northern District of Georgia
Gainesville

28 USC 2255

Andrew N. Cox, Movant     Civil # 2:12-CV-00242
                          Criminal # 2:05-CR-00002

Vs.

United States of America

FILED IN CLERK'S OFFICE
U.S.D.C. Gainesville
OCT 21 2014
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Motion For the Court to Open and Review a previous Issue File in this 28 USC 2255 action, With this Newly Discovered Evidence.

Come now Andrew N. Cox "movant" in this action Pro-Se ask this Honorable Court to open the File on 2255 by movant having legal Authority under the United States Constitution of Due Process.

("Facts")

At The beginning of 2014, I mailed to Five Government Agencies Freedom of Information Request. On June 4 2014 My Lawyer got a letter From the Appalachian Drug Task Force saying they had a File and would send it For $104.84, My mother mailed them

a United States Postal Money Order on September 2 2014 For 104.84. The Agency sent the File to My Lawyer Arturo Corso and in turn I recieved it on October 16 2014 at 7:30 pm here at the Hall County Jail. In it are documents that I have never seen and also have the Assumption My Trial lawyer never saw.

This document has to do with the Question of seedlings vs. plants. Under Forachee U.S. Court of the 11th Circuit, a plant is a stem with a visable Root Ball. Now in My Trial the Expert Witness called what he saw in the pictures seedlings. But what the agent sent to the DEA lab was what they took to Another site and continued to water and grow so the seedlings would have Rootballs and their words THC.

So the Big Question For this Honorable Court is what is the evidence that

③

is presented to the Jury. THe seedlings that should have been pulled up the day of confiscation and sent to DEA Lab or what was grown so to have THC and Rootballs.

I have the Documents to Support this claim, But I have no way of copying here at the Jail, I will bring them with me when I come to court.

I ask this court in the Name of God, Our Lord, to please view this knowing and True on this 19th Day of October 2014.

Andrew Cox

DZof

Andrew Cox 138507
Hall County Jail
P O Box 908030
Gainesville, GA. 30501

Legal Mail

ATLANTA METRO 300
20 OCT 2014 PM 6 L

Hall County Jail

United States District Court
Clerk
121 Spring Street S.E.
Gainesville, GA. 30501-3789

CLEARED SECURITY
OCT 27 2014
U.S. Marshals Service
Gainesville, GA

30501374999

Legal Mail