# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

### 2:05-cr-00002-WCO-JCF
### USA v. Cox
### Honorable J. Clay Fuller

Minute Sheet for proceedings held In Open Court on 10/27/2014.

TIME COURT COMMENCED: 10:29 A.M.
TIME COURT CONCLUDED: 10:33 A.M.    COURT REPORTER: Gigi Simcox
TIME IN COURT: 00:04                DEPUTY CLERK: Christina Klimenko
OFFICE LOCATION: Gainesville

| | |
|---|---|
| DEFENDANT(S): | [1]Andrew Cox Present at proceedings |
| ATTORNEY(S) PRESENT: | Arturo Corso representing Andrew Cox |
| PROCEEDING CATEGORY: | Motion Hearing(Attorney Appointment Hearing); |
| MOTIONS RULED ON: | DFT#1-[199]Motion for Psychiatric Exam TAKEN UNDER ADVISEMENT Court will revisit the motion once new counsel has an opportunity to withdraw or renew<br>DFT#1-[204]Motion for Miscellaneous Relief GRANTED IN PART & DENIED IN PART Motion for new counse to be appointed is granted<br>motion to proceed pro se is denied at this time<br>DFT#1-[205]Motion for Miscellaneous Relief DENIED Pro Se Motion for records from Government is DENIED without prejudice<br>DFT#1-[205]Motion for Discovery DENIED without prejudice<br>DFT#1-[206]Motion for Miscellaneous Relief DENIED Pro se Motion for records from Government is DENIED without prejudice<br>DFT#1-[206]Motion for Discovery DENIED without prejudice<br>DFT#1-[207]Motion for Miscellaneous Relief DENIED Motion for Court review is DENIED without prejudice |
| MINUTE TEXT: | Ex Parte hearing held regarding pending motions. New counsel to be appointed by separate order. Petitioner is encouraged to work with new counsel. |